# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ CEDELLO,<br><br>        Petitioner,<br><br>    v.<br><br>DERRAL G. ADAMS, Warden,<br><br>        Respondent. | Case No. CV 09-3374-MMM (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED: July 22, 2010

                                          MARGARET M. MORROW
                                     UNITED STATES DISTRICT JUDGE